**Exhibit A to the Complaint**

**Location:** Houston, TX  
**Total Works Infringed:** 50

**IP Address:** 76.249.135.89  
**ISP:** AT&T U-verse

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: 69B9CF037258900092D8C6F5294193D103149967<br>File Hash: BE7F2955BBE3C39306AD186437147355DD68C8D3AD3632085A889DB2EBA976A6 | 12/27/2020 18:43:02 | Blacked Raw | 08/24/2020 | 09/05/2020 | PA0002255474 |
| 2 | Info Hash: 8D80879BBCFD4898ADDEDFDF3C77A66A3922880A<br>File Hash: 3F3CCBF95D52DFA68888DA515763E49816E847CA4FF653A607E78B46D624CB7F | 12/04/2020 21:11:54 | Vixen | 05/22/2020 | 06/22/2020 | PA0002245640 |
| 3 | Info Hash: 81855F1C384666E7156E6A33E164AE12B7CCB1F9<br>File Hash: 930DAE3FC54B9C008D01D1E0346A8221B72D0F4108EDF40C524E4CF3CB835D1D | 11/26/2020 22:49:15 | Blacked | 08/22/2020 | 09/05/2020 | PA0002255479 |
| 4 | Info Hash: 2C972BE718D16DD5C7899BE1FF6FD29992E49BBE<br>File Hash: 8C0969575ABDF1C96CB65B4C166DC275FE44ECBC8B4A90AAB50FB4DD4B239815 | 10/15/2020 20:41:00 | Vixen | 08/14/2020 | 08/31/2020 | PA0002265636 |
| 5 | Info Hash: BDC4D208BCB06BAA84D1C58BABF5BBD671CE5E86<br>File Hash: 6EA818FDB4E3B49F94FA7DB4C21C9A4928E52868F57440A8C81349209A80AFCC | 10/15/2020 20:39:23 | Tushy | 09/20/2020 | 09/29/2020 | PA0002258683 |
| 6 | Info Hash: 2D8FE1FF2A4BEB5A3313B4BEE28C7778EB659926<br>File Hash: F7C65283390DA7BCAE1902243374E50BEFC971470C2D26041CA04E5ABCDEDD50 | 10/15/2020 20:39:20 | Vixen | 07/31/2020 | 08/11/2020 | PA0002252260 |
| 7 | Info Hash: BE5CACD5C3A99C77A0264A19497F30E3BE7401A8<br>File Hash: 954E174E8E492B6003EE2D2E1F171A108E11BC90F9295FCFA8F24F93BD8FCC62 | 09/15/2020 07:08:42 | Vixen | 03/04/2020 | 04/17/2020 | PA0002246168 |
| 8 | Info Hash: F21EE0318FFD974FA5F371484B353516B25E8ADA<br>File Hash: F3E19010C851967EBF3A3A8134EDCC98D5FC634197D5A971246BB1D83DA86E73 | 09/08/2020 03:21:31 | Blacked | 06/13/2020 | 06/22/2020 | PA0002245632 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 9 | Info Hash: 622FDF3B81EFEFA317E84E13FC19DC90C963D6A6<br>File Hash: C46A246C2DDBCC34595DA6C8A543233E6A82B3996385E8A47408A4E1BCA4E516 | 07/28/2020 16:23:19 | Blacked | 07/25/2020 | 08/11/2020 | PA0002252256 |
| 10 | Info Hash: C709CAD4CC258CFF435DEB9662C4B7DF0C2C15A6<br>File Hash: 4C41EE4A4D81A38139F5D80A8D09D9620C1F261592EC25EED8943B010382AAB1 | 10/23/2019 03:44:43 | Blacked | 12/26/2017 | 01/24/2018 | PA0002101758 |
| 11 | Info Hash: 0A20ABFAE775C85059386D701448C778CA959015<br>File Hash: 5D8236FC9C8D3AC72D3AA03B346CC8CF545BFB6EB5AC373789E5FF412A13D882 | 10/10/2019 15:47:53 | Blacked Raw | 08/10/2019 | 09/11/2019 | PA0002199990 |
| 12 | Info Hash: 9E90DB2F0DBD3782384E699D0D71449A11642201<br>File Hash: 45D60F32A9E7749F4896607BACC251D2AA69F4E73886FD0DABE469797856C4B7 | 10/10/2019 12:25:50 | Blacked | 09/27/2017 | 10/10/2017 | PA0002057451 |
| 13 | Info Hash: F0F6463779EB0D34DCC6D0017B5686D13D9A9EB1<br>File Hash: C086EF57A8C4245D8EC8A9668B1EF784179F1FAC1C7549BF1885056DD6C44E30 | 10/10/2019 12:10:19 | Blacked | 12/16/2017 | 01/24/2018 | PA0002101762 |
| 14 | Info Hash: C73DD76D191AB8D70E4A3A777EB51E782804F953<br>File Hash: 5EAD4B073054F7597BC7DBF27C62A95A6FC0E5E05E50F050B3C49B87754231F0 | 10/10/2019 12:08:21 | Blacked | 09/12/2017 | 09/15/2017 | PA0002052846 |
| 15 | Info Hash: BC22A8633518DB95E36B8F6DF78B5F56C37D5AE1<br>File Hash: 0A888EF7CC200088F0BD8E33B1BFCD197D5899D9A195AD2DCAFFFE802B26B262 | 10/10/2019 11:54:08 | Blacked | 10/12/2017 | 10/19/2017 | PA0002058296 |
| 16 | Info Hash: AA7E111F35B94EBE23B5B819A9873842EA138FDC<br>File Hash: E28D90A6997AD05AFC713AE46B718E57FA8D10195FDCC1FB8E7ECF05F306DBBA | 10/08/2019 15:10:08 | Blacked Raw | 11/08/2017 | 12/04/2017 | PA0002097993 |
| 17 | Info Hash: B040415F1810A1E5D3932FDE63F2F0B13D123C67<br>File Hash: 12223897A46686ADC8AF1A527E0ED92905B7355EEB142BED896350896FCB77F7 | 10/08/2019 14:52:36 | Blacked | 10/07/2017 | 10/19/2017 | PA0002058300 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 18 | Info Hash: A96B1330A50D698817D291646E97D916E0C6794C<br>File Hash: 14A5A94FE071D629B43F8B02EEB5E3BB616D5CB4DCF718E7A0C02840537C6AFF | 10/08/2019 14:36:53 | Blacked | 10/17/2017 | 11/27/2017 | PA0002097981 |
| 19 | Info Hash: D36C2454811655FF4B87DB57D2A80C029B7C09C7<br>File Hash: 4FEBA03E15B097BBD3DB8E34827541D92571F7729461A2E3981626ED3C9D1BB4 | 09/22/2019 19:15:13 | Vixen | 09/11/2019 | 09/25/2019 | PA0002203160 |
| 20 | Info Hash: E2566517595F929917B2C7CC3B0A6C7944893E70<br>File Hash: 6203AF3B70021F85209BE3559E670097BA423448FE18147756E716E7B056BD70 | 09/16/2019 23:47:00 | Tushy | 02/13/2019 | 03/11/2019 | PA0002158596 |
| 21 | Info Hash: 6AA1835E3F2922052F1B1510C31034A15B6EA78B<br>File Hash: 1EF8B1AD7CAB8E6601DC3B145503D3984319FEED851B143C19D3DD0D321A94C3 | 09/04/2019 16:23:45 | Blacked | 09/02/2017 | 09/15/2017 | PA0002052847 |
| 22 | Info Hash: 44F643A5684F6EECC6998380F393ED555B40E86B<br>File Hash: FF48C545F677F86B62189CADE048649EE2ED575E2C0CA428C108EFBA1003EE60 | 09/04/2019 16:16:19 | Blacked | 11/01/2017 | 11/27/2017 | PA0002098034 |
| 23 | Info Hash: 4F3A4BFB094077D3B82A782C3CE7D61EE41694B3<br>File Hash: 0D0C82D9BCD417D5B912BA4AF1AB3C5FDD064310ACA56DE3835B0808A3A6ECB8 | 09/04/2019 09:36:56 | Blacked | 10/27/2017 | 11/27/2017 | PA0002098016 |
| 24 | Info Hash: 381EFE870451932766FF793FB739DAB862234CCD<br>File Hash: 933B71FA0DFD5CEB92A2162B0A06541B6B51007777E73FE24AFBAA79017F195D | 09/04/2019 09:34:06 | Blacked | 09/17/2017 | 10/10/2017 | PA0002086174 |
| 25 | Info Hash: 992FDDD2DE50632349443D9DA5DE56C05C7BE204<br>File Hash: C37448342684445A514A781FDE1DB7B2F63FAAB9039F8BCDF30716B4430D936F | 09/04/2019 09:26:07 | Blacked | 05/10/2017 | 06/22/2017 | PA0002039285 |
| 26 | Info Hash: C1CD5E7DB4D28118582B13884898B9851A2E6B59<br>File Hash: CE9BC48C36CC9FE2559D73BF7923B6D3DA2BA43C5494FD8D18C13EE99C0A558E | 09/04/2019 09:25:08 | Blacked | 09/12/2018 | 11/01/2018 | PA0002143426 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 27 | Info Hash: 761236E136227991F7131334DC47278825199F72<br>File Hash: D6FF1CB4E8F750D74F82A08794430E1C1A0AB307431F4A22AB933652DEC898F6 | 08/21/2019 20:19:36 | Blacked Raw | 07/21/2019 | 08/27/2019 | PA0002213243 |
| 28 | Info Hash: E6B6B98BD3B9C29D0FE201D6926B63DCBAEC7174<br>File Hash: 19C01D0208CF02A8FA8614F0E761D0D2FCFA094107533937A481F8B40AA3B438 | 08/21/2019 11:36:07 | Vixen | 07/18/2019 | 09/10/2019 | PA0002199410 |
| 29 | Info Hash: B8651D8EF73DB212AE44D79FA9315DB329ECD941<br>File Hash: 153DB12835DA7FF27D9CBED6971E4E5FD42CEA56ACF947CFBD2FF6F57CEA3C81 | 08/21/2019 11:33:02 | Vixen | 02/13/2019 | 03/11/2019 | PA0002158413 |
| 30 | Info Hash: 1611C04595EFBF983BA5FCEF368A36B1227DFE4E<br>File Hash: FC237C2EA4B1F9C05AF26BFBF028182C211D04844461313B968B28165EF0690E | 08/20/2019 03:27:21 | Blacked | 02/14/2018 | 03/02/2018 | PA0002104757 |
| 31 | Info Hash: EAF66B260AAAEED6E818D95B9A78C4EC95D42DC8<br>File Hash: 253594122885516DE4901107F8B186FA0AD0361F091B5E14FB035918A9C5F1F2 | 08/20/2019 00:21:20 | Vixen | 09/01/2018 | 11/01/2018 | PA0002143431 |
| 32 | Info Hash: 9A21FD9583C0E9E91222E7B75B3073DBF1C758F7<br>File Hash: 0E342176B26AE97FB7672A2BEC7345C9BD12443E1985CD5F0971F5B1E177D7FD | 08/20/2019 00:21:03 | Vixen | 03/30/2019 | 04/29/2019 | PA0002169943 |
| 33 | Info Hash: 92E5C1BF4897DD1C0C7519B2B31314C694BDA4EF<br>File Hash: CBB5AB310162DBFE63D965E1A63FDCC891952E08D2D1015F0E22C6FA17DE3F15 | 08/19/2019 18:09:57 | Blacked | 08/28/2018 | 10/16/2018 | PA0002127773 |
| 34 | Info Hash: D3247CC518A04F75FC1AE5FE72A890E40B473D5A<br>File Hash: 10F38DCEF6015909101932B11D86ECFEDCA1957B5B105421880C4D375D129167 | 08/19/2019 18:09:14 | Blacked Raw | 12/20/2018 | 01/22/2019 | PA0002147906 |
| 35 | Info Hash: 17E1DE8020E046EE498EBFFAFCF67B776940DB81<br>File Hash: 1D403CD109D955192527910C1F9DC50FA20863C746A157BDD3E774A1E08AAE10 | 08/19/2019 15:04:55 | Vixen | 05/09/2019 | 06/03/2019 | PA0002178768 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 36 | Info Hash: 8C181C914B032A03802591000ADE134AFBBEFB70<br>File Hash: 74918B5CF7E81AA32A4F3D823740A60107EDA2C8E90B5577A03C0C2CF0C407CD | 08/19/2019 15:03:59 | Blacked | 12/11/2018 | 01/22/2019 | PA0002147907 |
| 37 | Info Hash: D75C4212C94EACD789D6AA48F9EDD3AEE3170037<br>File Hash: 7D0FCEF817970BFFDC6B8431ED2135D065F87B4338E3B98A3856BB602AE08E19 | 08/18/2019 00:34:06 | Vixen | 10/21/2017 | 11/30/2017 | PA0002098006 |
| 38 | Info Hash: A74C38AE5F929CEC85681C3F83C212B9C8A454D4<br>File Hash: 60F93C16D35524210F640F4BF6C7BFBD8B160C35F5D167FEE1BF6E41CA4CC11E | 08/16/2019 16:52:23 | Blacked Raw | 10/29/2018 | 12/10/2018 | PA0002145837 |
| 39 | Info Hash: 6757BDC0116245FEA819455F7AD03519A5A984F6<br>File Hash: AAD7BC9284C26D2F53C7E3F757D76675C8A5ECF8284DB362B56C108DCCB868E0 | 08/15/2019 12:06:04 | Blacked Raw | 03/13/2019 | 04/17/2019 | PA0002186977 |
| 40 | Info Hash: DB34072E344BEB783D91C7D16C41B8E37284E22D<br>File Hash: 111A9BFECF5E013928BA7D564C98A891E44FF4691F92F6F8133BADC1DF57A2F0 | 08/15/2019 12:05:01 | Blacked | 07/24/2019 | 09/10/2019 | PA0002199414 |
| 41 | Info Hash: C96E913F59D26C662EAD9324A625C7864EAB7738<br>File Hash: 65A44C1F259077105D8B47E7FCD4E7BFE07DC9C9DBF752A41DF30E9A4F78BC2A | 08/15/2019 11:45:40 | Blacked Raw | 09/09/2018 | 10/16/2018 | PA0002127792 |
| 42 | Info Hash: B304F5851B00EE3D43B429D2977CBD362935327A<br>File Hash: A224C68395BFA14148FC830C98A22120F3774897D87C5B28BF600437C431F733 | 08/15/2019 11:39:40 | Blacked | 12/20/2018 | 02/02/2019 | PA0002154970 |
| 43 | Info Hash: 0435C9EB2DCC6995545C6F935123BF1C1B01DA42<br>File Hash: F8F9917C6541C30888C4D3C655AFF435259E14A26D5DD895835DA31C295FAD50 | 08/15/2019 11:33:41 | Blacked | 07/29/2019 | 09/11/2019 | PA0002214887 |
| 44 | Info Hash: 8792C295355E82171FC5C6EE5C4DD1EE5FCFD480<br>File Hash: 633DE19B5042516CF68BF03D9B7B93F7E04D463AAF7A92C6FD0A862AF9EFA954 | 08/15/2019 08:04:51 | Blacked Raw | 06/26/2019 | 08/27/2019 | PA0002213245 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 45 | Info Hash: 8078A15CFF206FBBA3DFC7EEA41DF1DDB3498F0D<br>File Hash: 2E4ED7D67294998D72B976B5E0B3911A6DDE6D9F1E8B79E9AC9FCC03E48B5341 | 08/15/2019 08:04:24 | Blacked Raw | 10/19/2018 | 11/25/2018 | PA0002136715 |
| 46 | Info Hash: 159FA51800BE66A83AA2939B81525F16B2F501AA<br>File Hash: 07011C3E929742E9DA47A07C444BF8698E3069704DEA04D1685244CB19E1869E | 08/13/2019 13:58:49 | Vixen | 07/18/2018 | 09/01/2018 | PA0002119684 |
| 47 | Info Hash: 7186B894DFED282141789D052E4DDCD09764FAA3<br>File Hash: 0C6B24364A5C3EA4F607F51BD4443D2E03DFB9D0A12CC4EACE8D467D46F607D2 | 08/07/2019 19:57:58 | Tushy | 07/15/2017 | 08/11/2017 | PA0002075050 |
| 48 | Info Hash: 2D0591E9A4E09EDDBC85C798DFB405F6EEA2F3A0<br>File Hash: 7BC2A001188404B2555887D588E42C134CE7DBE35A1266E61AF6EA70B295852A | 05/05/2019 04:27:06 | Blacked Raw | 07/31/2018 | 09/05/2018 | PA0002134603 |
| 49 | Info Hash: 9E3C6304641675CE89BFDE30CF4C2ED6BD050625<br>File Hash: 156FAE83B541DCA0B83B730124FA5F9C70DE9E3D9E8557ADBC6A075FB2059C4F | 05/05/2019 04:26:10 | Blacked Raw | 11/21/2018 | 12/18/2018 | PA0002141915 |
| 50 | Info Hash: F207C6C3F65C21C963AA1D6C4DFD9B07B5013709<br>File Hash: 47D5D91B9FC9B159E2197591B985D3FA522768EB287C61D168901FCE02CB921D | 05/05/2019 01:23:18 | Blacked Raw | 11/28/2018 | 01/22/2019 | PA0002149836 |