UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, § § Plaintiff, § § v. § § JOHN DOE subscriber assigned IP address § 76.249.135.89, § § Defendant. § | Civil Case No. 4:21-cv-01013 |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**
**WITH PREJUDICE OF JOHN DOE**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe, subscriber assigned IP address 76.249.135.89, are voluntarily dismissed with prejudice.

Dated: June 17, 2021                               Respectfully submitted,

By:  */s/ Forrest M. "Teo" Seger III*
**FORREST M. "TEO" SEGER III**
Texas Bar No. 24070587
Southern District Bar No. 125540
TSeger@clarkhill.com
**CLARK HILL PLC**
2301 Broadway St.
San Antonio, Texas 78215
(210) 250-6000
(210) 250-6100 (fax)

**ATTORNEY FOR PLAINTIFF,**
**STRIKE 3 HOLDINGS, LLC**