United States District Court
Southern District of Texas
**ENTERED**
June 18, 2021
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | § § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. H-21-1013 |
| JOHN DOE, subscriber assigned IP address 76.249.135.89, | § § § § | |
| Defendant. | § | |

## ORDER

On June 17, 2021, Plaintiff, Strike 3 Holdings, LLC, filed a Notice of Voluntary Dismissal with Prejudice (docket no. 9) stipulating to the voluntary dismissal of this action against the named Defendant, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). Accordingly, this Court accepts the Notice of Voluntary Dismissal and this action is hereby **DISMISSED** with prejudice against refiling the same.

Each party will bear its own costs.

SIGNED at Houston, Texas, on this 18th day of June, 2021.

_____
SIM LAKE
SENIOR UNITED STATES DISTRICT JUDGE